IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3146 |
| vs. | |
| MARCO IGNACIO GUADALUPE GRAJEDA BRITO, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 56). On June 17, 2019, the Court entered a Preliminary Order of Forfeiture (filing 45) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to knowingly and intentionally distributing methamphetamine in violation of 21 U.S.C. § 841, and his admission of the forfeiture allegation contained in the indictment. Filing 43 at 21. By way of the preliminary order of forfeiture, the defendant's interest in $3,975.57 in United States currency was forfeited to the United States. Filing 45.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on June 27, 2019, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 55) was filed on August 27, 2019. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1.  The plaintiff's Motion for Final Order of Forfeiture ([filing 56](filing 56)) is granted.

2.  All right, title, and interest in and to the $3,975.57 in United States currency held by any person or entity are forever barred and foreclosed.

3.  The currency is forfeited to the plaintiff.

4.  The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 27th day of August, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge